IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



CLIFFORD SCHUETT,

    Plaintiff,

v.                           Civil Action No. 3:17CV849

WARDEN, FCC PETERSBURG,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on March 2, 2018, the Court provided Clifford Schuett with a series of directives if he wished to proceed with this action. Specifically, the Court directed Schuett to file a particularized complaint. Additionally, the Court directed Schuett to submit a statement under oath or penalty of perjury that:

    (A) Identifies the nature of the action;
    (B) States his belief that he is entitled to relief;
    (C) Avers that he is unable to prepay fees or give security therefor; and,
    (D) Includes a statement of the assets he possesses.

See 28 U.S.C. § 1915(a)(1). The Court provided Schuett with an in forma pauperis affidavit form for this purpose.

Furthermore, the Court directed Schuett to affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Schuett that a failure to comply with the above directives

within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Schuett has not complied with any of the directives set forth above. Accordingly, this action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Schuett.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: April 9, 2018
Richmond, Virginia

2